IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY LEE SUNDAY, #213453, <br><br>　　　Petitioner, <br><br>　v. <br><br> JACOB A. WALKER, III, Lee County Circuit Court Judge; STEVEN T. MARSHALL, Attorney General for the State of Alabama; and DEBORAH TONEY, Warden, <br><br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  　　CASE NO. 3:20-CV-491-WKW<br>　　　　　　[WO] |

## **ORDER**

On July 17, 2020, the Magistrate Judge filed a Recommendation (Doc. # 2) to which Petitioner filed objections (Doc. # 3). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED as follows:

　　(1)　Petitioner's objections (Doc. # 3) are OVERRULED;

　　(2)　The Recommendation (Doc. # 2) is ADOPTED;

　　(3)　This action is DISMISSED for lack of jurisdiction because Petitioner has not obtained the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive petition; and

(4)   Neither a certificate of appealability nor an order granting leave to appeal the judgment *in forma pauperis* will be issued.

Final judgment will be entered separately.

DONE this 30th day of October, 2020.

                                             /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE